# United States District Court
## for the
## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 09, 2023

SEAN F. McAVOY, CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Case No. 2:23-MJ-00092-JAG |
| JESUS MANUEL ARMENTA-HIGUERA and BRIAN JESUS ZAZUETA, | ) |

## CRIMINAL COMPLAINT

I, Darya Aziz, the complainant in this case, state that the following is true to the best of my knowledge and belief. Beginning on a date unknown but by on or about March 9, 2023, in the county of Spokane in the Eastern District of Washington, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1), (b)(1)(C), | Possession with Intent to Distribute Fentanyl |

This complaint is based on these facts:

☑ Continued on the attached sheet.

_____
Complainant's signature

*Darya Aziz, SA DEA*
_____
Printed name and title

☐ Sworn to before me and signed in my presence.
☒ Sworn to telephonically and signed electronically.

Date: _____March 9, 2023_____

_____
Judge's signature

*James A. Goeke, United States Magistrate Judge*
_____
Printed name and title

City and state:   Spokane, Washington