Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Caitlin Baunsgard
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 21, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRIAN JESUS ZAZUETA and
JESUS MANUEL ARMENTA-HIGUERA,

Defendants.

2:23-CR-36-TOR

INDICTMENT

Vio.: 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi),
Possession with Intent to Distribute of 400 Grams or More of Fentanyl
(Count 1)

21 U.S.C. § 841(a)(1), (b)(1)(A)(viii),
Possession with Intent to Distribute of 50 Grams or More of Actual (Pure) Methamphetamine
(Count 2)

21 U.S.C. § 841(a)(1), (b)(1)(B)(i),
Possession with Intent to Distribute of 100 Grams or More of Heroin
(Count 3)

INDICTMENT - 1

21 U.S.C. § 853
Forfeiture Allegations

The Grand Jury charges:

## COUNT 1

On or about March 9, 2023, in the Eastern District of Washington, the Defendants, BRIAN JESUS ZAZUETA, and JESUS MANUEL ARMENTA-HIGUERA, knowingly possessed with intent to distribute 400 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi).

## COUNT 2

On or about March 9, 2023, in the Eastern District of Washington, the Defendants, BRIAN JESUS ZAZUETA, and JESUS MANUEL ARMENTA-HIGUERA, knowingly possessed with the intent to distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

## COUNT 3

On or about March 9, 2023, in the Eastern District of Washington, the Defendants, BRIAN JESUS ZAZUETA, and JESUS MANUEL ARMENTA-HIGUERA, knowingly possessed with the intent to distribute 100 grams or more of

INDICTMENT - 2

heroin, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(i).

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841, as set forth in this Indictment, Defendants, BRIAN JESUS ZAZUETA, and JESUS MANUEL ARMENTA-HIGUERA, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense, including, but not limited to:

- $5,823.00 U.S. currency

If any forfeitable property, as a result of any act or omission of the Defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

INDICTMENT - 3

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 21 day of March 2023.

A TRUE BILL



_Vanessa Waldref_
Vanessa R. Waldref
United States Attorney

_Caitlin Baunsgard_
Caitlin Baunsgard
Assistant United States Attorney

INDICTMENT - 4