# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS MIGUEL ARMENTA-HIGUERA,<br><br>Defendant. | Case No.   2:23-CR-0036-TOR-2<br><br>CRIMINAL MINUTES<br><br>DATE:   6/26/2024<br><br>LOCATION:   Spokane 902<br><br>SENTENCING HEARING |

**JUDGE THOMAS O. RICE**

| Bridgette Fortenberry | N/A | B. Rump | Crystal Gonzalez |
|---|---|---|---|
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Caitlin A. Baunsgard | | Stephen R. Hormel | |
| **Plaintiff's Counsel** | | **Defendant's Counsel** | |

[ X ] **Open Court**                                       [ X ] **US Probation Officer:** J. Frieling

Defendant is present in USMS custody and assisted by counsel and the Court's certified interpreter.

Ms. Baunsgard addressed the Court and made a sentencing recommendation on behalf of the Government.

The Court confirmed counsel's review of the PSIR with Defendant and that there are no pending objections.

The Court adopted the report without change and calculated the advisory sentencing guidelines, and granted the pending motion.

Mr. Hormel addressed the Court made a sentencing recommendation on Defendant's behalf.

Defendant addressed the Court on his own behalf.

The Court imposed sentence as follows:

| **Incarceration:** | 24 months |
|---|---|
| **Supervised Release:** | 5 years |
| **Probation:** | N/A |
| **Fine:** | Waived |
| **Special Penalty Assessment**: | $100 |
| **JVTA:** | N/A |
| **AVAA:** | N/A |
| **Restitution:** | N/A |

On the government's motion, Counts 1, 2, & 4 of the Superseding Indictment are dismissed.

The Court will enter the Final Order of Forfeiture.

Appeal rights waived in plea agreement.

Defendant remanded to USMS custody to be released.

| CONVENED: 8:48 AM | ADJOURNED: 8:58 AM | TIME: 10 MINS | [X] JUDGMENT TO FOLLOW |
| --- | --- | --- | --- |