Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Caitlin Baunsgard
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:23-CR-0036-TOR-1 |
| v. | SENTENCING MEMORANDUM |
| BRIAN JESUS ZAZUETA, | |
| Defendant. | |

Plaintiff, United States of America, by and through, Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, and Caitlin Baunsgard, Assistant United States Attorney for the Eastern District of Washington, submits the following Sentencing Memorandum.

**A. PRE-SENTENCE INVESTIGATION REPORT**:

The United States noted its objection to the draft PSIR.  See ECF. 293. Pursuant to the terms of the Plea Agreement, the United States stands by its objection.

SENTENCING MEMORANDUM - 1

The United States submits the Defendant's guideline range should be 210-262 months.

B. **SENTENCING RECOMMENDATION:**

Based on the totality of the circumstances, the United States is recommending the Court accept the Plea Agreement and sentence the Defendant to 180-months of incarceration to be followed by a 5-year term of supervised release. The United States respectfully submits such a sentence would be sufficient but not greater than necessary to accomplish the goals of sentencing and achieve an appropriate balance of the 18 U.S.C. § 3553(a) factors.

The Defendant comes from a large, prestigious family of drug dealers. The Defendant's family has been so pervasive and persistent in this endeavor, his father, Adolfo ZAZUETA-BUENO[1], a fugitive from this district in his own right, has appeared to replace the Defendant's uncle Cesar BUENO-MARTINEZ (who was recently killed in Culiacan, Sinaloa), as a member of the Sinaloa cartel, aligned with the notorious Damaso LOPEZ NUNEZ family.[2] Several of the Defendant's siblings and cousins are running their own "hotlines" of drug distribution into the EDWA

---

[1] *See* 08-CR-137-WFN. As noted in the PSIR, his mother is also involved in the family business. *See* PSIR at p. 25 fn. 6.

[2] *See e.g.* https://x.com/LatamObscuro/status/1754586792446374317 (last accessed September 1, 2024); https://www.borderlandbeat.com/2024/02/blog-post.html (last accessed September 1, 2024).

SENTENCING MEMORANDUM - 2

sourced by the BUENO family[3]. The adage for the last decade is that there is not a drug case here in the EDWA that does not involve "Bueno dope". When the Drug Enforcement Administration learned the Defendant was in town and likely staying at the stash house in the Tri-Cities, they fast-tracked their operation to be able to arrest the Defendant before he returned to Mexico. *Accord* PSIR at p. 24 ¶ 160.

It is with this backdrop that the Defendant finds himself before the Court, somewhat unsurprisingly, to answer for his role in continuing his family's role in significant drug trafficking in the EDWA. This is not a drug user who was selling dope to get by and got in over his head. *See e.g.* PSIR at p. 26 ¶¶ 169-174. Rather, this is drug distribution for profit. According to one witness, the Defendant would talk to his father just about every day and update him on what was going on in the local business. Another witness described the Defendant as Adolfo's "right hand man" who, as a dual citizen, could easily travel to and from the United States and Mexico through traditional routes, helping his family maintain their empire. *Accord* PSIR at p. 24.

Importantly, however, as ancient principles direct, the sins of the father should not be attributed to the son. The Defendant is only 23 years old and has clearly been raised in an environment where engaging in this type of conduct is not aberrant behavior; rather, it is likely expected and a conditioned response. He does not have

---

[3] *See e.g.* 2:23-CR-00112-MKD; 2:23-CR-15-TOR; 2:22-CR-19-MKD; 2:22-CR-18-RMP; 2:22-CR-68-TOR; 4:22-CR-6035-MKD; 2:22-CR-73-TOR; 2:21-CR-139-SAB; 4:21-CR-60174-TOR.

SENTENCING MEMORANDUM - 3

any criminal history and appears to have never spent time in custody prior to this case. Certainly, the Defendant is an adult, responsible for his own choices and there is no question he knew what he was doing, to include the volume of drugs he was responsible for trafficking into the EDWA community.

Given the totality of the circumstances presented here, the United States believes that a sentence of 180 months properly balances the 18 U.S.C. § 3553(a) factors and provides a reasonable sentence under these facts and circumstances.

DATED this 29th day of October 2024.

Vanessa R. Waldref
United States Attorney

*s/ Caitlin Baunsgard*
Caitlin Baunsgard
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and will email notification of such filing to the following:

Amy Rubin

*s/ Caitlin Baunsgard*
Caitlin Baunsgard
Assistant United States Attorney

SENTENCING MEMORANDUM - 4